ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

LADMEN PARTNERS, INC.                : 07 CIV. 0976 (LAP)

    Plaintiff,           :

vs.                                  :

GLOBALSTAR INC., et al.,             :

    Defendants.         :

------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, l, Charles C. Platt, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> W. Stuart Dornette
> Taft Stettinius & Hollister LLP
> 425 Walnut Street
> Suite 1800
> Cincinnati, Ohio 45202-3957
> (513) 381-2838 (t)
> (513) 381-0205 (f)

W. Stuart Dornette is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Mr. Dornette in any State or Federal court.

Dated: June 19, 2007
New York, New York

Respectfully submitted,

Charles C. Platt (CP 2937)
Wilmer Cutler Pickering Hale and Dorr, LLP
399 Park Avenue
New York, NY 10022
(212) 230-8860(t)/(212) 230-8888(f)

US1DOCS 6224175v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
LADMEN PARTNERS, INC.            :   07 CIV. 0976 (LAP)

           Plaintiff,           :

   vs.                                :

GLOBALSTAR INC., et al.,          :

           Defendants.          :
------------------------------------x

State of New York  )
              ) SS:
County of New York )

## AFFIDAVIT OF CHARLES C. PLATT
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Charles C. Platt, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Wilmer Cutler Pickering hale and Dorr, LLP, counsel for Defendant Globalstar, Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit W. Stuart Dornette as counsel pro hac vice to represent Globalstar, Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York (admitted April 30, 1980). I am also admitted to the bar of the United States District Court for the Southern District of New York (admitted July 29, 1980), and am in good standing with this Court.

3. Mr. Dornette is a Partner at Taft Stettinius & Hollister LLP in Cincinnati, Ohio, and is a member in good standing of the bar of the State of Ohio.

4. I know Mr. Dornette as co-counsel for defendant Globalstar, and believe him to be a skilled attorney and a person of integrity who is experienced in and familiar with Federal practice and the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of W. Stuart Dornette, pro hac vice.

6. I respectfully submit a proposed order granting the admission of W. Stuart Dornette, pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit W. Stuart Dornette, pro hac vice, to represent defendant Globalstar in the above captioned matter, be granted.

Dated: June 19, 2007
New York, NY
Notarized:

Respectfully submitted,

Charles C. Platt (CP2937)

JANIS FAITH CREA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CR4765064
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES JUNE 30, 2010

Janis Faith Crea

# The Supreme Court of Ohio

### CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

William Stuart Dornette

was admitted to the practice of law in Ohio on November 07, 1975; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

> IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 14th day of June, 2007.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Registration Assistant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

LADMEN PARTNERS, INC.                : 07 CIV. 0976 (LAP)

               Plaintiff,        :

  vs.                                :

GLOBALSTAR INC., et al.,             :

               Defendants.        :

------------------------------- x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Charles C. Platt, counsel for Defendant Globalstar Inc., and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

    W. Stuart Dornette
    Taft Stettinius & Hollister LLP
    425 Walnut Street
    Suite 1800
    Cincinnati, Ohio 45202-3957
    (513) 381-2838 (t)
    (513) 381-0205 (f)

is admitted to practice pro hac vice as counsel for Globalstar Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June ____, 2007                    _____
                                                     United States District Judge

## CERTIFICATE OF SERVICE

I, _[signature]_, hereby certify that on ___19th___ day of June,. 2007, I caused a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice of W. Stuart Dornette, as well as the accompanying Affidavit and Certificates of Good Standing, to be served by first-class U.S. mail, postage prepaid, upon the persons listed below.

_____[signature]_____

Joel P. Laitman, Esq.
Schoengold, Sporn, Laitman & Lometti, P.C
Cannon's Walk
19 Fulton Street, Suite 406
New York, NY 10038.
Tel: 212-964-0046
Fax: 212-267-8137