UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LADMEN PARTNERS, INC.,                :
                                       :
                    Plaintiff,         :       07 Civ. 0976 (LAP)
                                       :
v.                                     :       Hon. Loretta A. Preska
                                       :
GLOBALSTAR INC., et al.,               :
                                       :       **Rule 7.1 Statement**
                    Defendants.        :
---------------------------------------------------------------x


Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Globalstar, Inc. (a private non-governmental party) certifies that it has no parent corporation, and no publicly traded corporation owns 10% or more of its common stock.

Dated: February 15, 2008

                                    Respectfully submitted,

                                    /s/ william stuart dornette
                                    W. Stuart Dornette, Esq.  (WSD-1559)
                                    Theresa H. Vella, Esq. (TV-8042)
                                    Taft, Stettinius & Hollister LLP
                                    425 Walnut Street, Suite 1800
                                    Cincinnati, Ohio 45202
                                    Tel:  (513) 381-2838
                                    Fax: (513) 381-0205
                                    Email:  dornette@taftlaw.com
                                               vella@taftlaw.com

                                    Charles C. Platt, Esq.
                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                    399 Park Avenue
                                    New York, NY 10022
                                    Tel:  (212) 230 8860
                                    Fax: (212) 230 8888
                                    Email:  charles.platt@wilmerhale.com

                                    *Attorneys for Defendants Globalstar, Inc.,*

{W1195969.8}

1