**MANDATE**

SDNY/NYNY
07-cv-976
Preska, J.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Ladmen Partners Inc., et al.      :   Docket No. 08-5305-cv
                                   :
v.                                 :
                                   :
Globalstar, Inc., et al.           :



## STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate, in light of the parties' stipulated settlement of the within litigation, that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure. Only in the event that the district court DECLINES to "so order" the parties' settlement, Appellant has leave to reinstate this appeal by letter to the Clerk within 20 days of any such ruling.

Dated: August 3, 2009

*/s/ Jay P. Saltzman*
Jay P. Saltzman
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, New York 10038
Attorney for Appellant

*/s/ William Stuart Dornette*
W. Stuart Dornette
Taft Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Attorney for Appellee

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2009

*/s/ Mitchell A. Lowenthal*
Mitchell A. Lowenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attorney for Appellees Wachovia
Capital Markets, LLC, J.P. Morgan
Securities, Inc. and Jefferies &
Company, Inc.

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By */s/ Stanley A. Bass*
Stanley A. Bass, Staff Counsel

Aug. 10, 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
         DEPUTY CLERK

CERTIFIED: AUG 14 2009