```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LADMEN PARTNERS INC.,                : 07 CV 976 (LAP)
                                     :
                 Plaintiff,          : ORDER
                                     :
        v.                           :
                                     :
GLOBALSTAR, INC., et al.,            :
                                     :
                 Defendants.         :
                                     :
------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

Class counsel's application(s) for fees and expenses pursuant to Section 5 of the Stipulation and Agreement of Settlement shall include totals by month of hours spent in the following categories: factual investigation, legal investigation, court appearances, pleadings, motions, discovery, settlement, and communication (including telephone conferences and correspondence).

SO ORDERED:

Dated: September 17, 2009

*Loretta A. Preska* (signature)
LORETTA A. PRESKA, Chief U.S.D.J.

07cv976order