UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LADMEN PARTNERS INC., Individually and On :
Behalf of All Others Similarly Situated, :
                                    :         No. 07-CV-0976 (LAP)
                 Plaintiff, :
                                    :         ECF CASE
            v. :

GLOBALSTAR, INC., JAMES MONROE III :
and FUAD AHMAD, :
                                    :
                 Defendants. :
-----------------------------------------------------------------x

**NOTICE OF MOTION FOR AN ORDER APPROVING AS FINAL
THE PROPOSED SETTLEMENT OF THE WITHIN CLASS ACTION,
<u>AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES</u>**

PLEASE TAKE NOTICE THAT pursuant to Rule 23 of the Federal Rules of Civil Procedure, the counsel below move this Court for an Order unopposed by any party herein:

(i)     approving as final the settlement reached among the parties herein, and

(ii)    awarding of attorneys' fees and reimbursement of expenses.

Dated: February 4, 2010
        New York, New York                     Respectfully submitted,

                                                SCHOENGOLD & SPORN, P.C.

                                                /s/ Samuel P. Sporn
                                                Samuel P. Sporn (SS-4444)
                                                Pietro deVolpi, Jr. (PD-4627)
                                                19 Fulton Street, Suite 406
                                                New York, New York 10038
                                                Phone: (212) 964-0046   Fax: (212) 267-8137
                                                E-mail: sporn@spornlaw.com

                                                *Attorneys for the Lead Plaintiff*
                                                *Connecticut Laborers' Pension Fund*
                                                *and Counsel for the Class*

ADDITIONAL COUNSEL:

Joel P. Laitman, Esq.
Christopher Lometti, Esq.
COHEN MILSTEIN SELLERS
& TOLL, PLLC
150 East 52nd Street
Thirtieth Floor
New York, New York 10022

*Additional Counsel for Lead Plaintiff
Connecticut Laborers' Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LADMEN PARTNERS INC., Individually and On :
Behalf of All Others Similarly Situated, :
: 
: No. 07-CV-0976 (LAP)
Plaintiff, :
: ECF CASE
v. :
:
GLOBALSTAR, INC., JAMES MONROE III :
and FUAD AHMAD, :
:
Defendants. :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Pietro deVolpi, Jr., one of the counsel for Lead Plaintiff Connecticut Laborers' Pension Fund, hereby certify and say that on February 4, 2010, I served a copy of the Notice of Motion for an Order Approving as Final the Proposed Settlement, an Award of Attorneys' Fees and Reimbursement of Expenses to the following counsel of record by first class and electronic mail:

W. Stuart Dornette, Esq.
L. Clifford Craig, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Email: dornette@taftlaw.com
       craigc@taftlaw.com

*Counsel for Defendants Globalstar Inc., Fuad Ahmad, and James Monroe*

Charles C. Platt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Email: charles.platt@wilmerhale.com

*Counsel for Defendants Globalstar Inc., Fuad Ahmad, and James Monroe III*

Mitchell A. Lowenthal, Esq.
Clearly Gottlieb Steen & Hamilton, LLP
1 Liberty Plaza
New York, New York 10006
Email: mlowenthal@cgsh.com

*Counsel for Defendants Jeffries & Company, Inc., J.P. Morgan Securities, Inc., and Wachovia Capital Markets LLC*

Joel P. Laitman, Esq.
Christopher Lometti, Esq.
Daniel B. Rehns, Esq.
Cohen Milstein Sellers & Toll, PLLC
150 East 52nd Street
Thirtieth Floor
New York, New York 10022
Email: jlaitman@cohenmilstein.com
       clometti@cohenmilstein.com
       drehns@cohenmilstein.com

*Additional Counsel for Lead Plaintiff Connecticut Laborers' Pension Fund*

David Avi Rosenfeld, Esq.
Samuel Howard Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
Email: drosenfeld@csgrr.com
       srudman@csgrr.com

*Counsel for Plaintiff Ladmen Partners, Inc.*

/s/ Pietro deVolpi, Jr.

2